UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00027-MOC

| | | |
|---|---|---|
| **GERALD ROBINSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff's Motion for Extension of Time to File Dispositive Pleadings and Supporting Brief (#9). Having considered Plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Extension of Time to File Dispositive Pleadings and Supporting Brief (#9) is **GRANTED**, and Plaintiff is allowed up to and inclusive of July 16, 2015, to file his motion for judgment.

Signed: July 13, 2015

Max O. Cogburn Jr
United States District Judge

-1-