UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00027-MOC

| | |
|---|---|
| GERALD ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the plaintiff's Motion for Attorney's Fees under §406(b) of the Social Security Act (#21). By Response filed on March 2, 2017, the Commissioner advised that she has neither an objection to an award of attorney fees in the amount of $7,900.88, nor does she support the Motion. (#22). The Commissioner also notes the smaller of the two fees must be remitted to the plaintiff. (#22). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Motion for Attorney's Fees under §406(b) of the Social Security Act (#21) is **GRANTED** to the extent that counsel for plaintiff is entitled to be paid the sum of $7,900.88 for attorney fees. The plaintiff's counsel will return to the plaintiff the $4,347.00 that she received in EAJA fees upon award and receipt of these fees.

Signed: March 13, 2017

Max O. Cogburn Jr
United States District Judge